# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TOMMY SEYMOUR,** : | |
| : | Case No. 2:12-CV-01005 |
| **Plaintiff,** : | |
| v. : | **JUDGE ALGENON L. MARBLEY** |
| : | |
| **CAROLYN W. COLVIN,** : | Magistrate Judge Abel |
| **COMMISSIONER OF SOCIAL** : | |
| **SECURITY,** : | |
| : | |
| **Defendant.** : | |

## ORDER

  This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge recommending that the decision of the Commissioner of Social Security be affirmed. (Doc. 15.) Movants were advised of their right to object to the Report and Recommendation and of the consequences of their failure to do so. Nevertheless, there has been no objection. The Court, therefore, **ADOPTS** the Magistrate Judge's Report and Recommendation and **AFFIRMS** the Commissioner's decision.  This case is hereby **DISMISSED.**

  IT IS SO ORDERED.

s/ Algenon L. Marbley
**Algenon L. Marbley**
**United States District Judge**

**Dated: October 15, 2013**